450 A.2d 219

Commonwealth v. Anderson, Appellant.

Petition for Allowance of Appeal
Denied Nov. 30, 1982.

Submitted March 2, 1982. Albert L. Becker, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Judgment of sentence is affirmed.